NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GIGI GALASSO, )
)
      Appellant, )
)
v. )    Case No. 2D17-1558
)
MANUEL ARAUJO DIAZ and STATE )
FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, a foreign )
profit corporation, )
)
      Appellees. )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for
Hillsborough County; Claudia R. Isom,
Judge.

Shaun M. Cummings and Thomas D.
Roebig, Florin|Roebig, P.A., Palm
Harbor, for Appellant.

Elizabeth K. Russo of Russo Appellate
Firm, P.A., Miami, for Appellees.

PER CURIAM.

      Affirmed.

VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.